UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 01636
    WINSTON A MATTHEWS
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-3012

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 01/25/2008 and was confirmed 04/17/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 11/13/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC MORTGAGE CORPORATIO | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAN EAGLE BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| HSBC BANK USA | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSEC W/INTER | 12263.04 | .00 | .00 |
| EMERGENCY ROOM PHYSICIAN | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ROGERS & HOLLAND | SECURED NOT I | 3116.41 | .00 | .00 |
| LVNV FUNDING | UNSEC W/INTER | 1807.02 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSEC W/INTER | 9968.12 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSEC W/INTER | 2371.38 | .00 | .00 |
| WILLIAM TAYLOR | NOTICE ONLY | NOT FILED | .00 | .00 |
| WINSTON MATTHEWS JR | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAS SERVICING COMPA | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING COMPA | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAN EAGLE BANK | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN EAGLE BANK | UNSEC W/INTER | 9379.32 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 540.00 | .00 | .00 |
| CHRYSLER CREDIT | SECURED VEHIC | .00 | .00 | .00 |
| CHRYSLER CREDIT | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LASALLE BANK | CURRENT MORTG | .00 | .00 | .00 |
| LASALLE BANK | SECURED NOT I | .00 | .00 | .00 |
| GMAC MORTGAGE CORPORATIO | CURRENT MORTG | .00 | .00 | .00 |
| GMAC MORTGAGE CORPORATIO | SECURED NOT I | .00 | .00 | .00 |
| AIS SERVICES LLC | SECURED NOT I | .00 | .00 | .00 |
| AIS SERVICES LLC | UNSEC W/INTER | 5266.37 | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | SECURED VEHIC | 28035.91 | 599.46 | 4334.31 |
| NISSAN MOTOR ACCEPTANCE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | SECURED NOT I | .00 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | SECURED NOT I | .00 | .00 | .00 |
| WORLD FINANCIAL NETWORK | SECURED NOT I | 4152.00 | .00 | .00 |
| LASALLE BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 01636 WINSTON A MATTHEWS

```
ROGERS & HOLLAND            UNSEC W/INTER NOT FILED              .00           .00
GMAC MORTGAGE CORPORATIO    UNSEC W/INTER NOT FILED              .00           .00
US BANK NATIONAL            MORTGAGE NOTI NOT FILED              .00           .00
LEGAL HELPERS PC            DEBTOR ATTY   2,500.00                       1,805.23
TOM VAUGHN                  TRUSTEE                                        586.00
DEBTOR REFUND               REFUND                                            .00
```

### Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 7,325.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 4,334.31 |
|    INTEREST | | 599.46 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,805.23 |
| TRUSTEE COMPENSATION | | 586.00 |
| DEBTOR REFUND | | .00 |
| TOTALS | 7,325.00 | 7,325.00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 02/24/09                    /s/ Tom Vaughn
                              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE